# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HATTIE BRAXTON, <br><br> Plaintiff, <br><br> v. <br><br> DKMZ TRUCKING INC., FEDEX GROUND PACKAGE SYSTEM INC., and KENT BIVENS, <br><br> Defendants. | Case No. 4:13-CV-1335-JCH |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

All matters and things in controversy in the above-captioned matter having been adjusted, compromised, and settled, it is hereby stipulated by and between Plaintiff Hattie Braxton and Defendants DKMZ Trucking, Inc., FEDEX Ground Package System, Inc., and Kent Bivens that the above-entitled cause may be dismissed with prejudice.  Each party to bear their own court costs.

Respectfully submitted:

| **THE SIMON LAW FIRM, P.C.** | **LASHLY & BAER, P.C.** |
|---|---|
| */s/  Erica F. Blume* <br> John G. Simon, #35231MO <br> Kevin M. Carnie, Jr., #60979MO <br> Erica F. Blume, #63716MO <br> 800 Market Street, Suite 1700 <br> St. Louis, MO 63101 <br>   Ph. (314) 241-2929 <br>   Fx. (314) 241-2029 <br> jsimon@simonlawpc.com <br> kcarnie@simonlawpc.com <br> eblume@simonlawpc.com <br> *Attorneys for Plaintiff, Hattie Braxton* | /s/ *Melissa R. Null* <br> John S. McCollough, #36990MO <br> Melissa R. Null, #56824MO <br> 714 Locust Street <br> St. Louis, MO 63101 <br>   Ph. (314) 621-2939 <br>   Fx. (314) 621-6844 <br> jmccollough@lashlybaer.com <br> mnull@lashlybaer.com <br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Court and served upon all counsel of record via the Court's CM/ECF system on this 6th day of August, 2015.

                                                                        */s/  Erica F. Blume*